1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00706-WBS-GGH |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR PUBLICATION |
| REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRCLE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 3908 FLORAL DRIVE, NORTH HIGHLANDS, CALIFORNIA, SACRAMENTO COUNTY, APN: 200-0301-003-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7230 ARUTAS DRIVE, NORTH HIGHLANDS CALIFORNIA, SACRAMENTO COUNTY, APN: 219-0123-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| REAL PROPERTY LOCATED AT 7354 WASHBURN WAY, NORTH HIGHLANDS, CALIFORNIA, SACRAMENTO COUNTY, APN: 219-0230-024-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |

| | |
|---|---|
| 1 | REAL PROPERTY LOCATED AT 2304 MORTENSON COURT, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0392-020-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 2 | |
| 3 | |
| 4 | |
| 5 | REAL PROPERTY LOCATED AT 7920 BELLINGRATH DRIVE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0192-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 6 | |
| 7 | |
| 8 | REAL PROPERTY LOCATED AT 2948 CANDIDO DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-0765-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 9 | |
| 10 | |
| 11 | |
| 12 | REAL PROPERTY LOCATED AT 1550 KELLOGG STREET, NEWCASTLE, CALIFORNIA, PLACER COUNTY, APN: 032-163-070-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 13 | |
| 14 | |
| 15 | REAL PROPERTY LOCATED AT 1410 KELLOGG STREET, NEWCASTLE, CALIFORNIA, PLACER COUNTY, APN: 042-010-001-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and |
| 16 | |
| 17 | |
| 18 | |
| 19 | REAL PROPERTY LOCATED AT 439 ALA WAI BOULEVARD, UNIT 94, SOUTH LAKE TAHOE, CALIFORNIA, EL DORADO COUNTY, APN: 022-281-10-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, |
| 20 | |
| 21 | |
| 22 | |
| 23 | Defendants. |

24

25   The United States of America applies for an order of publication as follows:

26   1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and

27 Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United

28 States shall cause public notice of the action to be given in a newspaper of general

1  circulation or on the official internet government forfeiture site;

2       2.  Local Rule 171, Eastern District of California, provides that the Court shall
3  designate by order the appropriate newspaper or other vehicle for publication;

4       3.  The defendant real properties are located in the cities of: Elverta, North
5  Highlands, Sacramento, Newcastle, and South Lake Tahoe; and in the counties of:
6  Sacramento, Placer, and El Dorado in California;

7       4.      The United States proposes that publication be made as follows:

8           a.      One publication;

9           b.      Thirty (30) consecutive days;

10          c.      On the official internet government forfeiture site
11  www.forfeiture.gov;

12          d.      The publication is to include the following:

13               (1)     The Court and case number of the action;

14               (2)     The date of the seizure/posting;

15               (3)     The identity and/or description of the property seized/posted;

16               (4)     The name and address of the attorney for the United States;

17               (5)     A statement that claims of persons entitled to possession or
18  claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court
19  and served on the attorney for the United States no later than 60 days after the first
20  day of publication on the official internet government forfeiture site; and

21               (6)     A statement that answers to the Complaint or a motion
22  under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | and served within 21 days after the filing of the claims and, in the absence thereof,
2 | default may be entered and condemnation ordered.
3 | Dated: 3/20/12                               BENJAMIN B. WAGNER
                                                 United States Attorney

                                           By:   /s/ Kevin C. Khasigian
                                                 KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated: April 10, 2012

                                           /s/ Gregory G. Hollows
                                           UNITED STATES MAGISTRATE JUDGE