1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8         IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            | 2:12-CV-00706-WBS-GGH

12            Plaintiff,

13       v.                              | APPLICATION AND ORDER
                                         | FOR PUBLICATION
14  REAL PROPERTY LOCATED AT 2541
    ZUIDER ZEE CIRCLE, ELVERTA,
15  CALIFORNIA, SACRAMENTO COUNTY,
    APN: 203-0211-030-0000, INCLUDING
16  ALL APPURTENANCES AND
    IMPROVEMENTS THERETO,
17
    REAL PROPERTY LOCATED AT 3908
18  FLORAL DRIVE, NORTH HIGHLANDS,
    CALIFORNIA, SACRAMENTO COUNTY,
19  APN: 200-0301-003-0000, INCLUDING
    ALL APPURTENANCES AND
20  IMPROVEMENTS THERETO,

21  REAL PROPERTY LOCATED AT 7230
    ARUTAS DRIVE, NORTH HIGHLANDS
22  CALIFORNIA, SACRAMENTO COUNTY,
    APN: 219-0123-006-0000, INCLUDING
23  ALL APPURTENANCES AND
    IMPROVEMENTS THERETO,
24
    REAL PROPERTY LOCATED AT 7354
25  WASHBURN WAY, NORTH HIGHLANDS,
    CALIFORNIA, SACRAMENTO COUNTY,
26  APN: 219-0230-024-0000, INCLUDING
    ALL APPURTENANCES AND
27  IMPROVEMENTS THERETO,

28

                          1

REAL PROPERTY LOCATED AT 2304 MORTENSON COURT, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0392-020-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 7920 BELLINGRATH DRIVE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0192-006-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 2948 CANDIDO DRIVE, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY, APN: 225-0765-008-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 1550 KELLOGG STREET, NEWCASTLE, CALIFORNIA, PLACER COUNTY, APN: 032-163-070-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

REAL PROPERTY LOCATED AT 1410 KELLOGG STREET, NEWCASTLE, CALIFORNIA, PLACER COUNTY, APN: 042-010-001-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and

REAL PROPERTY LOCATED AT 439 ALA WAI BOULEVARD, UNIT 94, SOUTH LAKE TAHOE, CALIFORNIA, EL DORADO COUNTY, APN: 022-281-10-100, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,

Defendants.

The United States of America applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the United States shall cause public notice of the action to be given in a newspaper of general

Application and Order for Publication

1    circulation or on the official internet government forfeiture site;

2          2.  Local Rule 171, Eastern District of California, provides that the Court shall

3    designate by order the appropriate newspaper or other vehicle for publication;

4          3.  The defendant real properties are located in the cities of: Elverta, North

5    Highlands, Sacramento, Newcastle, and South Lake Tahoe; and in the counties of:

6    Sacramento, Placer, and El Dorado in California;

7          4.          The United States proposes that publication be made as follows:

8                a.          One publication;

9                b.          Thirty (30) consecutive days;

10                c.          On the official internet government forfeiture site

11    www.forfeiture.gov;

12                d.          The publication is to include the following:

13                      (1)          The Court and case number of the action;

14                      (2)          The date of the seizure/posting;

15                      (3)          The identity and/or description of the property seized/posted;

16                      (4)          The name and address of the attorney for the United States;

17                      (5)          A statement that claims of persons entitled to possession or

18    claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court

19    and served on the attorney for the United States no later than 60 days after the first

20    day of publication on the official internet government forfeiture site; and

21                      (6)          A statement that answers to the Complaint or a motion

22    under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

3                                Application and Order for Publication

1   and served within 21 days after the filing of the claims and, in the absence thereof,

2   default may be entered and condemnation ordered.

3   Dated:   3/20/12                     BENJAMIN B. WAGNER
                                            United States Attorney

4

5

6                                By:     /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney

7

8

9                                    **ORDER**

10       IT IS SO ORDERED.

11   Dated: April 10, 2012

12                                /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             Application and Order for Publication