UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,,<br><br>　　　　Defendants.<br>_____/ | No. 2:12-cv-00705-MCE-DAD<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRLCE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET AL.,,<br><br>　　　　Defendants.<br>_____/ | No. 2:12-cv-00706-WBS-GGH |

1

1    The Court has received the Notice of Related Case filed on
2 April 17, 2012.
3    Examination of the above-entitled civil actions reveals that
4 these actions are related within the meaning of Local Rule 123(a)
5 (E.D. Cal. 1997).  The actions involve many of the same
6 defendants and are based on the same or similar claims, the same
7 property transaction or event, similar questions of fact and the
8 same questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13    The parties should be aware that relating the cases under
14 Local Rule 123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19    IT IS THEREFORE ORDERED that the action denominated
20 2:12-cv-00706-WBS-GGH, United States of America v. Real Property
21 located at 2541 Zuider Zee Cirlce, Elverta, California,
22 Sacramento County, APN: 203-0211-030-0000, Including all
23 Appurtenances and All Improvements Thereto, et al., is reassigned
24 to Judge Morrison C. England, Jr. and Dale A. Drozd for all
25 further proceedings, and any dates currently set in this
26 reassigned case only is hereby VACATED.  The Clerk of the Court
27 is to issue an Order Requiring Joint Status Report.
28 ///

Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cv-00706-MCE-DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE