BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRCLE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>Defendants. | 2:12-CV-00706-MCE-DAD<br><br>UNITED STATES' REQUEST TO EXTEND THE DEADLINE TO SUBMIT A JOINT STATUS REPORT FROM MAY 22, 2012 TO JULY 10, 2012;  ORDER THEREON |

The United States submits the following Request to Extend the Deadline to File a Joint Status Report from May 22, 2012 to July 10, 2012.

## Introduction

On March 20, 2012, the United States filed a civil forfeiture complaint against the following real properties:  2541 Zuider Zee Circle, Elverta, California;  3908 Floral Drive, North Highlands, California; 7230 Arutas Drive, North Highlands, California; 7354 Washburn Way, North Highlands, California; 2304 Mortenson Court, Elverta,

1  California; 7920 Bellingrath Drive, Elverta, California; 2948 Candido Drive,
2  Sacramento, California; 1550 Kellogg Street, Newcastle, California; 1410 Kellogg
3  Street, Newcastle, California; and 439 Ala Wai Boulevard, Unit 94, South Lake Tahoe,
4  California.

5  On April 17, 2012, the United States file a Notice of Related Cases pursuant to
6  E.D. Local Rule 123, stating that this case was related to Case No. 2:12-CV-00705-
7  MCE-DAD because both civil forfeiture actions arise from the same law enforcement
8  investigation and thus involve substantially the same events, transactions, and
9  parties.  Particularly, as described in the United States' Notice of Related Cases, both
10 cases allege that several individuals conspired to defraud the United Auburn Indian
11 Community out of millions of dollars by submitting inflated and false change order
12 invoices as part of a large commercial construction project.  Both cases seek the
13 forfeiture of real properties purchased with fraud proceeds and/or funds involved in the
14 money laundering scheme.

15 On April 23, 2012, the Court issued a Related Case Order; the Court further
16 issued an "Order Requiring Joint Status Report" due within "sixty days of service of
17 the complaint on any party."  That deadline is currently May 22, 2012.

18 To date, no party has filed a claim or answer in the case.  However, several
19 parties have requested extensions to the applicable statutory deadline; the United
20 States has granted each request for additional time to file a claim and/or answer.
21
22                                    **Good Cause**
23 There is good cause to extend the deadline to file a joint status report in this
24 case from May 22, 2012 to July 10, 2012.
25 To date, all known potential claimants to the defendant property have been
26 served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168
27 (2002) and the applicable statutory authority.  However, several of the potential
28 claimants, including record owners and lien holders, have requested additional time to

file claims and answers given the allegations contained in the nearly two-hundred page affidavit.  The United States has granted each of parties' requests for extensions of time to review the affidavit and draft their claims and answers.

To date, the United States has diligently pursued its forfeiture case against the defendant properties and attempted to notice all known potential claimants as required by the Supplemental Rules governing forfeiture cases.  However, given the length and complexity of the affidavit, as well as the number of parties involved and/or potentially asserting an ownership or lien interest in the defendant properties, an extension of time to file claims is warranted.   Moreover, there is an ongoing criminal investigation into the fraud and money laundering schemes forming the basis of the *in rem* complaint.

The extension of time will allow the publication period to run, thus providing additional notice to potential claimants asserting an allegation of ownership.  It will further allow the United States and Claimants to contemplate expedited settlement agreements with those meeting the statutory criteria.  Additionally, the extension of time will allow all potential claimants to enter the case and jointly participate in drafting the Joint Status Report.

Whereas the United States provided notice of the forfeiture complaint to potential claimants but several parties have requested extensions of time to comply with the statutory deadlines.  And whereas the extension of time will allow the publication period to run, and allow the United States and Claimants to contemplate expedited settlement agreements with those meeting the statutory criteria.  And whereas the extension of time will allow all potential claimants to enter the case and jointly participate in drafting the Joint Status Report.  There is good cause to extend

///
///
///
///

the deadline to file a joint status report in this case from May 22, 2012 to July 10, 2012, or to extend the deadline to file a joint status report to a date the Court deems acceptable.

Dated: 5/9/12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

**ORDER**

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The deadline to file a joint status report in this case is extended from May 22, 2012 to July 10, 2012.

IT IS SO ORDERED.

Dated: May 11, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE