| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | EASTERN DISTRICT OF CALIFORNIA |
| 10 | |
| 11 | UNITED STATES OF AMERICA,          No. 2:12-cv-00705-MCE-DAD |
| 12 |     Plaintiff, |
| 13 |   v.                                **RELATED CASE ORDER** |
| 14 | REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, et al |
| 16 |     Defendants. |
| 17 | _____/ |
| 18 | UNITED STATES OF AMERICA,          No. 2:12-cv-00706-MCE-DAD |
| 19 |     Plaintiff, |
| 20 |   v. |
| 21 | REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRCLE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, et al. |
| 23 |     Defendants. |
| 24 | _____/ |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cv-01631-MCE-DAD |
| Plaintiff, | |
| v. | |
| 2010 MERCEDES-BENZ CLS550, VIN: WDDDJ7CB3AA165644, LICENSE NUMBER 6SYA458, et al., | |
| Defendants. | |
| _____ / | |
| UNITED STATES OF AMERICA, | No. 2:12-cv-01632-MCE-DAD |
| Plaintiff, | |
| v. | |
| APPROXIMATELY $50,319.11 SEIZED FROM 49ER CREDIT UNION BANK ACCOUNT NUMBER 1096173, HELD IN THE NAMES OF GREGORY S. BAKER AND DARRELL HINZ, et al., | |
| Defendants. | |
| _____ / | |

The Court has received the Notice of Related Case filed on June 22, 2012.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties, are based on the same or a similar claim, and involve the same property transaction or event.

///
///
///
///
///

Because the cases are already assigned to the same district judge, this Order is issued for informational purposes only and shall have no effect on the status of the cases.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE