UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 149 G STREET, LINCOLN, CALIFORNIA, PLACER COUNTY, APN: 008-266-015-000, et al.,<br><br>  Defendants.<br>_____/ | No. 2:12-cv-00705-MCE-DAD<br><br>Related Cases:<br><br>No. 2:12-cv-00706-MCE-DAD<br>No. 2:12-cv-01631-MCE-DAD<br>No. 2:12-cv-01632-MCE-DAD<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BART WAYNE VOLEN, GREGORY SCOTT BAKER and DARRELL PATRICK HINZ,<br><br>  Defendants.<br>_____/ | No. 2:12-cr-00294-MCE |

The Court has received the Notice of Related Case filed on August 17, 2012.

///

///

1

1    Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 123(a)
3 (E.D. Cal. 1997).  The actions involve the same parties, are
4 based on the same or a similar claim, and involve the same
5 property transaction or event.
6    Because the cases are already assigned to the same district
7 judge, this Order is issued for informational purposes only and
8 shall have no effect on the status of the cases.
9    IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE