BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CV-00706-MCE-DAD |
| Plaintiff, | REQUEST FOR EXTENSION OF STAY OF FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRCLE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States of America and claimants, by and through their respective counsel, hereby submit the following Request for Extension of Stay of Further Proceedings and Proposed Order.

This matter was stayed on July 6, 2012 pending the outcome of the related matter against claimants Gregory Baker and Darrell Hinz, <u>United States v. Volen, et al.</u>, Case No. 2:12-CR-00294-MCE-CR-00275-JAM.  The parties understand that the status conference in the criminal action is presently scheduled for November 1, 2012. For this reason, the parties request that the stay be extended for a period of three months to February 1, 2013.

1       Joint Status Report, Request for Stay, and Order Thereon

1  At that time, the parties will advise the court of the status of the criminal cases
2  and will advise the court whether a further stay is necessary.

3  Dated: 10/5/12               BENJAMIN B. WAGNER
                                United States Attorney
4

5                          By:  /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
6                               Assistant U.S. Attorney

7  Dated: 10/4/12               /s/ Tom Johnson
                                TOM JOHNSON
8                               Attorney for claimants Gregory S. Baker
                                and Dawn Baker
9                               (Authorized by phone)

10

11 Dated: 10/4/12               /s/ William J. Portanova
                                WILLIAM J. PORTANOVA
                                Attorney for claimant Darrell Hinz
12                              (Authorized by email)

13
   Dated: 10/5/12               /s/ Cheryl Chang
14                              CHERYL CHANG
                                Attorney for claimant Federal National
15                              Mortgage Association and Mortgage
                                Electronic Registration Systems, Inc
16                              (Authorized by email)

17
   Dated: October 2, 2012       /s/ Jonathan D. Fink
18                              JONATHAN D. FINK
                                Attorney for claimant Federal National
19                              Mortgage Association
                                (Signature retained by attorney)
20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) for three months.  On or before February 1, 2013, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:  October 15, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE