BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CV-00706-MCE-DAD |
|---|---|
| Plaintiff, | STIPULATION TO STAY FURTHER PROCEEDINGS AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 2541 ZUIDER ZEE CIRCLE, ELVERTA, CALIFORNIA, SACRAMENTO COUNTY, APN: 203-0211-030-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al., | |
| Defendants. | |

The United States of America and claimants, by and through their respective counsel, hereby stipulate that a stay is appropriate in the above-entitled action, and request that the Court enter an order staying further proceedings until the conclusion of the related criminal case.  The basis for the proposed stay is the related criminal action against claimants Gregory Baker and Darrell Hinz, United States v. Volen, et al., 2:12-CR-00294-MCE.  This matter was stayed on July 6 and October 16, 2012 pending the outcome of the related matter against claimants Gregory Baker and Darrell Hinz.  The parties understand that the status conference in the criminal action is presently scheduled for March 7, 2013.

1

1. Gregory S. Baker and Dawn Baker filed claims on May 24, 2012. Darrell Hinz also filed a claim on May 24, 2012.

2. Federal National Mortgage Association has filed a claim and answer to 439 Ala Wai Boulevard, Unit 94, South Lake Tahoe, California.

3. Federal National Mortgage Association and Mortgage Electronic Registration Systems has filed a claim and answer to 1410 Kellogg Street, Newcastle, California.

4. Claimants Gregory S. Baker, Dawn Baker, and Darrell Hinz will file their respective Answers within twenty-one days of the lifting of the stay.

5. No other claimants have appeared in this action.

6. The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

7. To date, three individuals have been charged with federal criminal crimes related to a fraud against the United Auburn Indian Community of Auburn, California, <u>United States v. Volen, et al.</u>, 2:12-CR-00294-MCE. It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the fraud. The United States intends to depose those charged with crimes connected to the fraud. If discovery proceeds at this time, these individuals, or some of them, will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves. If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

8. In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Internal Revenue Service. Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to prepare for the criminal trial and/or further investigate the alleged underlying criminal conduct.

9. The parties recognize that proceeding with these actions at this time could have potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the defendant assets and to assert any defenses to forfeiture. For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case, in accordance with the terms of this stipulation. At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is appropriate.

Respectfully Submitted,

Dated: 1/31/13                    BENJAMIN B. WAGNER
                                  United States Attorney

                         By:      /s/ Kevin C. Khasigian
                                  KEVIN C. KHASIGIAN
                                  Assistant U.S. Attorney

Dated: 1/29/13                    /s/ Thomas A. Johnson
                                  THOMAS A. JOHNSON
                                  Attorney for Claimants Gregory
                                  Baker and Dawn Baker

Dated: 1/30/13                    /s/ William Portanova
                                  WILLIAM PORTANOVA
                                  Attorney for Darrell Hinz

Dated: 1/31/13                    /s/ Cheryl Chang
                                  CHERYL CHANG
                                  Attorney for claimant Federal
                                  National Mortgage Association and
                                  Mortgage Electronic Registration
                                  Systems, Inc

(Signatures authorized by email)

///

///

1
2  Dated: January 25, 2013                      /s/ Jonathan D. Fink
3                                               JONATHAN D. FINK
                                                Attorney for claimant Federal
4                                               National Mortgage Association
                                                (Signature retained by attorney)
5

6                                   **ORDER**

7       For the reasons set forth above, this matter is stayed until the conclusion of the
8  related criminal case.  At that time, the parties will advise the Court whether a further
9  stay is necessary.
10         IT IS SO ORDERED.
11  Dated:   February 8, 2013

                                          _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Stay Further
Proceedings and Order