1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            2:12-CV-00706-MCE-DAD

12            Plaintiff,                STIPULATION TO STAY FURTHER
                                        PROCEEDINGS AND ORDER
13      v.

14 REAL PROPERTY LOCATED AT 2541
   ZUIDER ZEE CIRCLE, ELVERTA,
15 CALIFORNIA, SACRAMENTO
   COUNTY, APN: 203-0211-030-0000,
16 INCLUDING ALL APPURTENANCES
   AND IMPROVEMENTS THERETO, et
17 al.,

18            Defendants.

19

20      The United States of America and claimants, by and through their respective

21 counsel, hereby stipulate that a stay is appropriate in the above-entitled action, and

22 request that the Court enter an order staying further proceedings until the conclusion

23 of the related criminal case.  The basis for the proposed stay is the related criminal

24 action against claimants Gregory Baker and Darrell Hinz, United States v. Volen, et

25 al., 2:12-CR-00294-MCE.  This matter was stayed on July 6 and October 16, 2012

26 pending the outcome of the related matter against claimants Gregory Baker and

27 Darrell Hinz.  The parties understand that the status conference in the criminal action

28 is presently scheduled for March 7, 2013.

                                        1

1.      Gregory S. Baker and Dawn Baker filed claims on May 24, 2012.  Darrell Hinz also filed a claim on May 24, 2012.

2.      Federal National Mortgage Association has filed a claim and answer to 439 Ala Wai Boulevard, Unit 94, South Lake Tahoe, California.

3.      Federal National Mortgage Association and Mortgage Electronic Registration Systems has filed a claim and answer to 1410 Kellogg Street, Newcastle, California.

4.      Claimants Gregory S. Baker, Dawn Baker, and Darrell Hinz will file their respective Answers within twenty-one days of the lifting of the stay.

5.      No other claimants have appeared in this action.

6.      The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2), and 21 U.S.C. § 881(i).

7.      To date, three individuals have been charged with federal criminal crimes related to a fraud against the United Auburn Indian Community of Auburn, California, United States v. Volen, et al., 2:12-CR-00294-MCE.  It is the United States' position that the statute of limitations has not expired on potential criminal charges relating to the fraud.  The United States intends to depose those charged with crimes connected to the fraud.  If discovery proceeds at this time, these individuals, or some of them, will be placed in the difficult position of either invoking their Fifth Amendment rights against self-incrimination or waiving their Fifth Amendment rights and submitting to a deposition and potentially incriminating themselves.  If they invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed with this court.

8.      In addition, claimants intend to depose, among others, the agents involved with this investigation, including but not limited to the agents with the Internal Revenue Service.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the federal authorities to prepare for the criminal trial and/or further investigate the alleged underlying criminal conduct.

2

9.    The parties recognize that proceeding with these actions at this time could have potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimants' ability to prove their claims to the defendant assets and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until the conclusion of the related criminal case, in accordance with the terms of this stipulation.  At that time the parties will advise the court of the status of the criminal case and will advise the court whether a further stay is appropriate.

Respectfully Submitted,

Dated: 1/31/13                                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                    By:    /s/ Kevin C. Khasigian
                                           KEVIN C. KHASIGIAN
                                           Assistant U.S. Attorney

Dated: 1/29/13                             /s/ Thomas A. Johnson
                                           THOMAS A. JOHNSON
                                           Attorney for Claimants Gregory
                                           Baker and Dawn Baker

Dated: 1/30/13                             /s/ William Portanova
                                           WILLIAM PORTANOVA
                                           Attorney for Darrell Hinz

Dated: 1/31/13                             /s/ Cheryl Chang
                                           CHERYL CHANG
                                           Attorney for claimant Federal
                                           National Mortgage Association and
                                           Mortgage Electronic Registration
                                           Systems, Inc

                                           (Signatures authorized by email)

///

///

3

Dated: <u>January 25, 2013</u>                           /s/ Jonathan D. Fink
                                                        JONATHAN D. FINK
                                                        Attorney for claimant Federal
                                                        National Mortgage Association
                                                        (Signature retained by attorney)

## <u>ORDER</u>

For the reasons set forth above, this matter is stayed until the conclusion of the related criminal case. At that time, the parties will advise the Court whether a further stay is necessary.

IT IS SO ORDERED.

Dated:   February 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE